## HEARNE et al. v. SMYLIE, GOVERNOR OF IDAHO, et al.

No. 617. Decided February 1, 1965.

*Herman J. McDevitt* for appellants.

*Allan G. Shepard,* Attorney General of Idaho, and *M. Allyn Dingel, Jr.,* Assistant Attorney General, for Williams et al., appellees.

PER CURIAM.

This cause is continued on the docket until the Court Conference of May 21, 1965, before which time the parties are asked to advise the Court by supplemental briefs as to the progress made in reapportioning the Idaho Legislature.